# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ALANDER LEVEEN JACOB,
Reg. #62636-065                                                                         PLAINTIFF

V.                                    2:11CV00108  DPM/JTR

T.C. OUTLAW, Warden; and
DOES, Health Service Department,
FCI- Forrest City                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended partial disposition has been sent to United States District Judge D.P. Marshal.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I. Discussion

Plaintiff, Alander Leveen Jacob, is a prisoner in the Federal Correctional Institution located in Forrest City, Arkansas.  On June 16, 2011, he filed a *pro se*

Complaint alleging that Defendants were failing to provide him with constitutionally adequate medical care for hypertension.  *See* docket entry #1.

On June 28, 2011, the Court entered an Order giving Plaintiff thirty days to: (1) either pay the $350 filing fee in full, or file an Application to Proceed *In Forma Pauperis*; and (2) file an Amended Complaint containing specific information necessary to complete the screening function mandated by 28 U.S.C. § 1915A.  *See* docket entry #2.

Plaintiff did not do so.  Instead, on August 3, 2011, he filed a Motion explaining that he wishes to voluntarily dismiss this action because he: (1) has recently started to receive proper medication for hypertension; and (2) is in the process of properly exhausting his administrative remedies.  *See* docket entry #4.   The Court finds good cause for granting Plaintiff's Motion.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment).

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (docket entry #4) be GRANTED, and that this case be DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this  14th  day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE