IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALANDER LEVEEN JACOB
Reg #62636-065                                                                       PLAINTIFF

v.                              No. 2:11-cv-108-DPM

T.C. OUTLAW, Warden; and
DOES, Health Service Department,
Federal Correctional Institute
Forrest City Medium                                                              DEFENDANTS

ORDER

Magistrate Judge J. Thomas Ray recommends that this Court accept Jacob's motion to dismiss his complaint. *Document No. 5.* The Court adopts that recommendation. Motion, *Document No. 4,* granted. Jacob's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011