IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES E. PATRICK, II,
Administrator for the Estate
of BRIAN LASHLEY, Deceased                                             PLAINTIFF

v.                           No. 1:09-cv-42-DPM

DALE WEAVER, individually,
and in his official capacity as Sheriff
of Sharp County, Arkansas                                              DEFENDANT

JUDGMENT

Patrick Weaver's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011